IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES LEFFERT<br><br>                *Plaintiff,*<br>   v.<br><br>WALMART INC.,<br><br>                *Defendant.* | CIVIL ACTION<br>NO. 23-2815 |

# ORDER

**AND NOW**, this 20th day of December 2023, upon consideration of Walmart's Motion to Dismiss (ECF 6), Leffert's Response (ECF 7), and Walmart's Reply (ECF 8), it is hereby **ORDERED** that Defendants' Motion is **DENIED** with respect to Counts I and II and **GRANTED** with respect to all remaining counts. Counts III, IV, V, VI and VII are **DISMISSED** without prejudice. Leffert may amend his complaint, consistent with the Court's Memorandum, **on or before January 10, 2024**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.